UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.:07CR2466-JM |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING |
| **GUADALUPE GONZALEZ ALVARADO**, | ) | HEARING |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** that the Sentencing Hearing, currently set for Friday, November 7, 2008 at 9:00 a.m., be reset to Friday, *December 12, 2008 at 9:00 a.m.*

DATED: November 4, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

1