UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.:07CR2466-JM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER CONTINUING SENTENCING HEARING** |
| ) | |
| **GUADALUPE GONZALEZ ALVARADO**, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Upon the joint motion of counsel (Docket No. 37) and for good cause being shown, the Sentencing Hearing, currently scheduled for Friday, December 12, 2008 is hereby continued to ***Friday, January 30, 2009 at 9:00 a.m.***

IT IS SO ORDERED.

DATED: December 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

1