UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Criminal Case No. 07cr2466-JM |
|                                                        ) | |
|                      Plaintiff,                   ) | |
|                                                        ) | ORDER CONTINUING DATE |
|          v.                                         ) | FOR SENTENCING HEARING |
|                                                        ) | |
| GUADALUPE GONZALEZ-ALVARADO, ) | |
|                                                        ) | |
|                      Defendant.              ) | |
|                                                        ) | |

O R D E R

Good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing in Criminal Case No. 07cr2466-JM be continued from January 30, 2009, at 9:00 a.m., to ***March 6, 2009, at 9:00 a.m.***

IT IS SO ORDERED.

DATED: January 23, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge